336

UNITED STATES *versus* NIMROD H. MOORE

PAPERS IN FILE (1814): (1) Indictment.

ROBERT SMART AND JAMES ABBOTT *versus* JAMES W. BRYSON

PAPERS IN FILE (1814): (1) Affidavit and precipe for process; (2) capias.

UNITED STATES *versus* ROBERT H. McNIFF

PAPERS IN FILE (1814–15): (1) Recognizance; (2) alias capias sur indictment and return.
*Office Docket*, MS p. 29, c. 69.

FREDERICK FALLEY *versus* GEORGE W. SELBY

PAPERS IN FILE (1815): (1) Precipe for capias; (2) sworn account; (3) capias and return; (4) bill of costs.

JOSEPH LOVELAND *versus* LOUIS BERNARD, DIT LAJOYE

PAPERS IN FILE (1815): (1) Capias.